1    MELINDA HAAG (CABN 132612)
     United States Attorney
2
     MIRANDA KANE (CABN 150630)
3    Chief, Criminal Division

4    DANIEL R. KALEBA  (CABN 223789)        *E-FILED - 5/1/13*
     Assistant United States Attorney
5      150 Almaden Boulevard, Suite 900
       San Jose, CA 95113
6      Telephone: (408) 535-5061
       Fax:  (408) 535-5066
7      E-Mail: daniel.kaleba@usdoj.gov

8    Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE  DIVISION

12

13   UNITED STATES OF AMERICA,        )    No. CR 03-20104 RMW
                                      )
14          Plaintiff,                )    STIPULATION TO CONTINUE STATUS
                                      )    AND [] ORDER
15      v.                            )
                                      )
16   GILBERT SANCHEZ HERNANDEZ,       )
                                      )
17          Defendant.                )
                                      )
18   ────────────────────────────────

19          The defendant, GILBERT SANCHEZ HERNANDEZ, is scheduled to appear for status

20   on May 2, 2013 on a Form 12 petition.  The defendant was recently transferred from the custody

21   of the United States Marshal Service, to the custody of the Santa Cruz Sheriff's Office, pursuant

22   to a writ of habeas corpus, to appear for charges in the Superior Court of Santa Cruz County.

23   The charges in the state criminal matter also form the basis of the federal Form 12.  The date of

24   the initial appearance in Santa Cruz was April 8, 2013.  On April 29, 2013, the defendant was

25   held to answer following a preliminary hearing.  The next scheduled appearance in the state

26   criminal  matter is May 13, 2013.  The defendant remains in the custody of the Santa Cruz

27   Sheriff's Office.

28

     *Stipulation and [Proposed]  Order*
     CR 03-20104 RMW

1    Due to the ongoing state proceedings, the parties jointly stipulate and request that the

2  May 2, 2013 status appearance be continued approximately 30 days to June 3, 2013 at 9:00 am

3  for further status.

4

5  Dated: April 29, 2013                                        /s/
                                                  ROBERT CARLIN
6                                                 CYNTHIA C.Y. LIE
                                                  Attorneys for Defendant
7                                                 Gilbert Sanchez Hernandez

8

9
   Dated: April 29, 2013                                        /s/
10                                                DANIEL R. KALEBA
                                                  Assistant United States Attorney
11

12
        Based on the above, and for good cause shown,
13
        IT IS HEREBY ORDERED:
14
        That the May 2, 2013 status appearance of the defendant is hereby continued to June 3,
15
   2013 at 9:00 a.m.
16

17

18
   DATED: _____                    _____
19                                                HON. RONALD M. WHYTE
                                                  United States District Judge
20

21

22

23

24

25

26

27

28

*Stipulation and [Proposed] Order*
CR 03-20104 RMW                            -2-