MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

DANIEL KALEBA (CABN 223789)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   FAX: (408) 535-5066
   daniel.kaleba@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 03-20104 RMW |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS AND [] ORDER |
| v. ) | |
| GILBERT SANCHEZ HERNANDEZ, ) | |
| Defendant. ) | |

     The parties are scheduled to appear for status on March 10, 2014 on a Form 12 petition. The defendant is currently in the custody of the Santa Cruz Sheriff's Office, and is scheduled to be sentenced on a related case. The sentencing date is March 13, 2014.

     Due to the scheduled state proceeding, the parties jointly stipulate and request that the March 10, 2014 status appearance be continued to March 24, 2014 at 9:00 a.m. for further status.

STIPULATION
CR 03-20104 RMW

The parties anticipate that Mr. Sanchez Hernandez will be returned to U.S. Marshal custody by that date.

Dated: March 6, 2014
          /s/
          CYNTHIA C.Y. LIE
          Attorney for Defendant
          Gilbert Sanchez Hernandez

Dated: March 6, 2014
          /s/
          DANIEL R. KALEBA
          Assistant United States Attorney

Based on the above, and for good cause shown,

IT IS HEREBY ORDERED:

That the March 10, 2014 status appearance of the defendant is hereby continued to March 24, 2014 at 9:00 a.m.

DATED: _____
          HON. RONALD M. WHYTE
          United States District Judge

STIPULATION
CR 03-20104 RMW